■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH L. MILLER, Appellant.—Appeal from a judgment of the County Court of Cortland County, rendered April 25, 1975, convicting defendant, upon her plea of guilty, of the crime of grand larceny in the third degree and sentencing her to an indeterminate term of imprisonment of up to four years. Defendant contends that her sentence was excessive. The sentencing court had before it a presentence investigation report and was aware of defendant's prior involvement with bad check charges which had resulted in two prior misdemeanor convictions. The sentence imposed was within the permissible limits under section 70.00 of the Penal Law and we find no abuse of discretion. Defendant also contends that a resentencing procedure should be had in view of allegedly prejudicial remarks by the Assistant District Attorney at the time of sentencing. We find this contention to be without merit. Judgment affirmed. Herlihy, P. J., Greenblott, Kane, Koreman and Main, JJ., concur.

■ GEORGE J. ALBERT, Individually and as Parent and Natural Guardian of KELLY A. ALBERT, an Infant, et al., Appellants, v STATE OF NEW YORK et al., Respondents. (Claim No. 54794.)—Appeal from a judgment of the Court of Claims, entered December 16, 1974, which dismissed claimants' claim following a trial on the issue of liability. Claimants seek damages for injuries allegedly sustained on August 15, 1970 when gondola cars in which they were passengers at the Gore Mountain Ski Area fell from their support cables. Claimants, relying on the doctrine of *res ipsa loquitor,* established little more than that they had purchased tickets for the ride and that the cars in which they were passengers fell on the way down. The Court of Claims held the doctrine applicable but found the State had rebutted any inference raised thereby and, accordingly, dismissed the claim. We concur in this result. The doctrine of *res ipsa loquitor* raised only an inference of negligence and the Court of Claims could, as the trier of the facts, properly find on the instant record in its entirety that claimants had failed to sustain their burden of proof *(Foltis, Inc. v City of New York,* 287 NY 108). Judgment affirmed, without costs. Greenblott, J. P., Sweeney, Main, Larkin and Reynolds, JJ., concur. [80 Misc 2d 105.]